# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 15-10362 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:13-cr-00257-LDG-PAL |
| | ) | |
| DELFINO SOLORZANO | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |

Pursuant to the order filed August 26, 2015, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that William H. Gamage is appointed to represent Delfino Solorzano for this appeal. Mr. Gamage's address is 5580 S. Fort Apache., Suite 110, Las Vegas, NV 89148 and his phone number is 702-386-9529.

Former counsel, Dustin R. Marcello is directed to forward the file to Mr. Gamage forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 4 day of September, 2015.
Nunc Pro Tunc Date: August 31, 2015

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE