RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Delfino Solorzano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00257-RFB-PAL-3 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DELFINO SOLORZANO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Delfino Solorzano, that the Revocation Hearing currently scheduled on November 9, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the government has a prior conflict on the day of the current revocation hearing.

2. The parties need time to discuss ongoing negotiations.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELFINO SOLORZANO,<br><br>　　　　Defendant. | Case No. 2:13-CR-00257-RFB-PAL-3<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 9, 2021 at 10:00 a.m., be vacated and continued to <u>November 23, 2021</u> at the hour of <u>11</u> :<u>45</u>  <u>a</u> .m.; or to a time and date convenient to the court.

　　DATED this <u>8th</u> day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE